UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **26-3018**

Case Title: **United States** vs. **Derek Williams**

List all clients you represent in this appeal:

**Derek Williams**

- ☒ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Thomas William Anderson, Jr.**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kaycee L. Berente**    Signature: s/ **Kaycee L. Berente**

Firm Name: **Federal Public Defenders Southern District of Ohio**

Business Address: **10 West Broad Street, Suite 1020**

City/State/Zip: **Columbus OH 43215**

Telephone Number (Area Code): **614.469.4130**

Email Address: **kaycee_berente@fd.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.