UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-3018**

Case Title: **United States** vs. **Derek Williams**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☑ Appellee       ☐ Respondent      ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Christina E. Mahy**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Mary Beth Young**      Signature: s/ **Mary Beth Young**

Firm Name: **United States Attorney's Office**

Business Address: **303 Marconi Blvd., Suite 200**

City/State/Zip: **Columbus, Ohio 43215**

Telephone Number (Area Code): **614-469-5715**

Email Address: **mary.beth.young@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.